UNITED STATES DISTRICT COURT
NEWARK DISTRICT OF NEW JERSEY

| | |
|---|---|
| Tamika Brookins<br><br>Plaintiff,<br><br>-against-<br><br>Daniel Whatley,<br><br>Defendant. | Case No. 2:17 – cv – 1644 – (es)(mah)<br><br># DEFAULT JUDGMENT<br><br>## PURSUANT TO FRCP RULE 55 |

This action having been commenced on March 7, 2017, by the filing of the

Summons and Complaint on March 10, 2017, and having been personally duly served

upon the Defendant, Daniel Whatley, by Mr. Jawan Bey on March 25, 2017, and proof of

Service having been filed on March 30,2017, and said Defendant having not answered the

Complaint, and the time for answering the Complaint having expired, it is   *DENIED

ORDERED, ADJUDGED AND DECREED: that the Plaintiff have judgment

against the Defendant, Daniel Whatley, for full primary custody of Plaintiff's minor

children, Debonair Whatley and Destin Whatley, together with monetary damages, plus

costs and disbursements of this action in the amount of $100,000.00.

Dated: May 23, 2017.
State of New Jersey, County of Passaic.

_____
U.S.D.J.

This document was entered on the
On _____.

*Entry of default by the Clerk of Court is
a prerequisite for default judgment. Entry must be
sought under federal Rule of Procedure 55(a).
See Husain v. Casino Control Comm'n, 265 F. App'x 130 (3d Cir.